IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    David D. Miller | : | Chapter 13 |
| | : | |
|    Debtor(s) | : | Case No.: 19-12317 |

## SUGGESTION OF DEATH

Brad J. Sadek, on behalf of the above-captioned debtors, hereby submits this Suggestion of Death for Debtor David Miller, who passed away July 13, 2022. The Certificate of Death is attached as Exhibit "A."

Dated: December 14, 2022         /s /Brad J. Sadek
                                                          Brad J. Sadek, Esq.
                                                          Attorney for Debtors